1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   AURELIA SCHOLAR et al.,                    No. C 14-2415

5            Plaintiffs,                       ORDER REFERRING
                                               CASE TO ADR UNIT
6        v.                                    FOR ASSESSMENT
                                               TELEPHONE
7   WELLS FARGO BANK N.A., et al.,             CONFERENCE

8            Defendants.

9   _____/

10

11        Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the

12  Court refers this foreclosure-related action to the Alternative

13  Dispute Resolution (ADR) Unit for a telephone conference to assess

14  this case's suitability for mediation or a settlement conference.

15  Plaintiff and Defendants' counsel shall participate in a telephone

16  conference, to be scheduled by the ADR Unit as soon as possible

17  but no later than July 3, 2014.

18        Plaintiff and Defendants' counsel shall be prepared to discuss

19
    the following subjects:
20
              (1)  Identification and description of claims and
21                 alleged defects in loan documents.

22            (2)  Prospects for loan modification.

23            (3)  Prospects for settlement.

24  The parties need not submit written materials to the ADR Unit for

25  the telephone conference.

26
          In preparation for the telephone conference, Plaintiff shall
27
28  do the following:

**United States District Court**
For the Northern District of California

<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1

        (1)   Review relevant loan documents and investigate the claims to determine whether they have merit.

2

3

        (2)   If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request.  Further, Plaintiff shall immediately notify Defendants' counsel of the request for a loan modification.

4

5

6

        (3)   Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

7

8

9

10    In preparation for the telephone conference, counsel for

11 Defendants shall do the following.

12        (1)   If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendants shall promptly notify Plaintiff to that effect.

13

14

15        (2)   Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

16

17    The ADR Unit will notify the parties of the date and time

18 the telephone conference will be held.  After the telephone

19 conference, the ADR Unit will advise the Court of its

20 recommendation for further ADR proceedings.

21    IT IS SO ORDERED.

22

23 Dated: May _27_, 2014             Elizabeth D. Laporte
                         United States Magistrate Judge

24

25

26

27

28