1

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5

6    AURELIA SCHOLAR, et al.,                Case No.  14-cv-02415-EDL

          Plaintiffs,

7

          v.                                 **ORDER REGARDING MAIL
8                                            RECEIVED**

     WELLS FARGO BANK, N.A., et al.,
9
          Defendants.
10

11         This is a mortgage foreclosure action brought by plaintiffs Aurelia and Aurthur Scholar in

12   Contra Costa Superior Court on April 23, 2014.  Defendant Wells Fargo Bank, N.A. properly

13   removed the case to this Court on May 23, 2014.  On August 1, 2014, Plaintiffs voluntarily

14   dismissed the case without prejudice.

15         On June 29, 2015, the Court received a submission via United States mail from plaintiff

16   Aurelia Scholar including a letter requesting that the Court remand the action back to state Court.

17   The letter states that Plaintiff refused to sign a General Release, and indicates that a foreclosure

18   sale of her house is imminent.  However, Plaintiff does not explain any basis for reopening this

19   federal case or remanding the action to state court almost a year after the case was voluntarily

20   dismissed, and the request is therefore denied.  Because Plaintiff's submission consists primarily

21   of privileged attorney client communications, as well as what appear to be confidential settlement

22   communications and original copies of financial documents containing confidential personal

23   information, the entire submission shall be returned to Plaintiff and not entered on the Court's

24   public docket.

25         **IT IS SO ORDERED.**

26   Dated: June 29, 2015

27                                                   _____
                                                     ELIZABETH D. LAPORTE
28                                                   United States Magistrate Judge

United States District Court
Northern District of California